SUNDT CONSTRUCTION,
INC., Appellant,

v.

**Michael B. DONLEY, Secretary
of the Air Force, Appellee.**

No. 2011–1603.

United States Court of Appeals,
Federal Circuit.

June 8, 2012.

Brian J. Vella, Smith Pachter McWhorter PLC, of Vienna, VA, argued for appellant. With him on the brief were Kathryn T. Muldoon and Erica J. Geibel.

Domenique Kirchner, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Bryant G. Snee, Deputy Director. Of counsel on the brief was Jeffrey P. Hildebrant, Trial Attorney, Air Force Legal Operation Agency, United States Department of the Air Force, of Joint Base Andrews, Maryland.

Before DYK, PROST, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**